**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Mongi Ferjani | | |
| Virginia Ferjani | | |
| DEBTOR | : | BKY. NO. 23-11430-pmm |

**Statement Pursuant to §521 (A) (1) (iv)**

Section §521 (A) (1) (iv) of the Code requires copies of all payment advices or other evidence of payment received within 60 days by the debtor(s) from any employer; however, neither debtor(s) had an employer within that time frame and therefore, neither debtor(s) has any documentation to file pursuant to that section §521 (A) (1) (iv) of the Code.

Debtor Mongi Ferjani is self-employed.

                                    Respectfully Submitted,

October 31, 2023                /s/ Michael A. Cibik
                                          Michael A. Cibik, Esquire
                                          CIBIK LAW, P.C.
                                          1500 Walnut Street, Suite 900
                                          Philadelphia, PA 19102
                                          (215) 735-1060