**BNY MELLON**

Personal and Confidential

## General

| Person Number | 000276131 |
|---|---|
| Employee Name | Virginia Ferjani |
| Job Title | Associate, Shareholder Services Representative I |
| Employee Address | 1700 Butler Pike 27C Conshohocken, PA 19428 US |

**Company Name:** BNYM INVESTMENT SERVICING (US) INC(04-2871943)
**Company Address:** 500 Grant Street Pittsburgh, PA 15258 US

## Payroll Details

| Payroll Name | US Semimonthly | Period Date | 07/01/23-07/15/23 |
|---|---|---|---|
| Payment Date | 07/14/23 | Pay Rate | 65,920.00 USD Annually |

### Tax Withholding Information

| Type | Marital Status | Allowances | Add Amt |
|---|---|---|---|
| FEDERAL | Married | 1 | $10.00 |
| PA | | 0 | $0.00 |

## Earnings

| Description | Start Date | End Date | Hours x | Rate x Factor = | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|
| Regular Salary | | | 86.67 | 31.69  1.00 | $2,746.67 | $35,226.71 |
| Extra Time | | | | | $0.00 | $372.92 |
| Life Insurance Employee Non Cash | | | | | $8.89 | $115.57 |
| Overtime Pay | | | | | $0.00 | $2,525.92 |
| Overtime Pay Premium | | | | | $0.00 | $1,262.97 |
| Restricted Stock Units Fully Taxed | | | | | $0.00 | $519.20 |
| Extra Time Retro | 06-18-23 | 06-24-23 | 8.00 | 31.69  1.00 | $253.54 | $1,302.45 |
| Overtime Pay Premium Retro | 06-18-23 | 06-24-23 | 0.50 | 31.69  0.50 | $7.92 | $2,349.21 |
| Overtime Pay Retro | 06-18-23 | 06-24-23 | 0.50 | 31.69  1.00 | $15.85 | $4,698.44 |
| Overtime Pay Premium Adjustment | 06-25-23 | 07-01-23 | 0.00 | 31.69  0.50 | $0.00 | |
| Overtime Pay Premium Retro | 06-25-23 | 07-01-23 | 13.60 | 31.69  0.50 | $215.51 | $2,349.21 |
| Overtime Pay Retro | 06-25-23 | 07-01-23 | 13.60 | 31.69  1.00 | $431.01 | $4,698.44 |
| Total | | | | | $3,679.39 | $48,373.39 |

Total Cash Earnings: $3,670.50

## Pre-Tax Deductions

| Description | Percentage | Current | YTD |
|---|---|---|---|
| Benefit Redirect | | $305.55 | $3,972.15 |
| Vacation Purchase | | $51.28 | $666.64 |
| HSA Employee contribution | | $33.33 | $433.29 |
| Deferral 401k | | $0.00 | $1,454.40 |
| Total | | $390.16 | $6,526.48 |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|

### Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|
| HSA Incentive ER | $0.00 | $800.00 |
| Total | $0.00 | $800.00 |

## Tax Deductions

| Description | Current Tax | YTD Tax | Current Taxable Wages | YTD Taxable Wages |
|---|---|---|---|---|
| FIT Withheld | $290.87 | $3,756.23 | $3,289.23 | $41,846.91 |
| Social Security Employee Withheld | $203.93 | $2,684.68 | $3,289.23 | $43,301.31 |
| SIT Withheld (DE) | $165.80 | $2,099.61 | $3,289.23 | $41,846.91 |
| Medicare Employee Withheld | $47.69 | $627.87 | $3,289.23 | $43,301.31 |
| City Withheld (PA,Montgomery,Plymouth Township) | $19.68 | $259.12 | $3,280.34 | $43,185.74 |
| School Withheld (PA) | $16.40 | $215.94 | $3,280.34 | $43,185.74 |
| Total | $744.37 | $9,643.45 | | |

## State Leave Balances

| State Leave Type | Accrued | Used | Available |
|---|---|---|---|
| Paid Sick and Safe Time | 104 | 12 | 92 |

## Summary

| | Cash Earnings | Pretax Deductions | Tax Deductions | After Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,670.50 | $390.16 | $744.37 | $0.00 | $2,535.97 |
| Year to Date | $48,257.82 | $6,526.48 | $9,643.45 | $0.00 | $31,776.37 |

## Net Pay Distribution

| Description | Type | Account Number | Bank | Net Amount |
|---|---|---|---|---|
| Direct Deposit | CHECKING | XXXXX4603 | TD BANK, NA | $2,535.97 |

*For questions, refer to "Understanding how I am paid", "Understanding your taxes" on MySource, or contact MyHR at 1-800-947-4748

**BNY MELLON**

Personal and Confidential

## General

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Person Number | 000276131 | Company Name | BNYM INVESTMENT SERVICING (US) INC(04-2871943) | | |
| Employee Name | Virginia Farjani | | | | |
| Job Title | Associate, Shareholder Services Representative I | Company Address | 500 Grant Street Pittsburgh, PA 15258 US | | |
| Employee Address | 1700 Butler Pike 27C Conshohocken, PA 19428 US | | | | |

## Payroll Details

| Payroll Name | US Semimonthly | Period Date | 07/16/23-07/31/23 |
|---|---|---|---|
| Payment Date | 07/31/23 | Pay Rate | 65,920.00 USD Annually |

### Tax Withholding Information

| Type | Marital Status | Allowances | Add Amt |
|---|---|---|---|
| FEDERAL | Married | 1 | $10.00 |
| PA | | 0 | $0.00 |

## Earnings

| Description | Start Date | End Date | Hours x | Rate x Factor = | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|
| Regular Salary | | | 86.67 | 31.69  1.00 | $2,746.67 | $37,973.38 |
| Extra Time | | | | | $0.00 | $372.92 |
| Life Insurance Employee Non Cash | | | | | $8.89 | $124.46 |
| Overtime Pay | | | | | $0.00 | $2,525.92 |
| Overtime Pay Premium | | | | | $0.00 | $1,262.97 |
| Restricted Stock Units Fully Taxed | | | | | $0.00 | $519.20 |
| Overtime Pay Premium Adjustment Retro | 06-25-23 | 07-01-23 | 0.00 | -0.00  0.50 | $0.00 | |
| Overtime Pay Premium Adjustment Retro | 06-25-23 | 07-01-23 | 0.00 | -0.00  0.50 | $0.00 | |
| Overtime Pay Premium Adjustment Retro | 06-25-23 | 07-01-23 | 0.00 | 31.69  0.50 | $0.00 | |
| Extra Time Retro | 07-02-23 | 07-08-23 | 7.90 | 31.69  1.00 | $250.37 | $1,552.82 |
| Overtime Pay Premium Retro | 07-09-23 | 07-15-23 | 13.45 | 31.69  0.50 | $213.13 | $2,562.34 |
| Overtime Pay Retro | 07-09-23 | 07-15-23 | 13.45 | 31.69  1.00 | $426.26 | $5,124.70 |
| Total | | | | | $3,645.32 | $52,018.71 |

Total Cash Earnings: $3,636.43

## Pre-Tax Deductions

| Description | Percentage | Current | YTD |
|---|---|---|---|
| Benefit Redirect | | $305.55 | $4,277.70 |
| Vacation Purchase | | $51.28 | $717.92 |
| HSA Employee contribution | | $33.33 | $466.62 |
| Deferral 401k | | $0.00 | $1,454.40 |
| Total | | $390.16 | $6,916.64 |

### After-Tax Deductions

| Description | | Current | YTD |
|---|---|---|---|

### Employer Paid Benefits

| Description | | Current | YTD |
|---|---|---|---|
| HSA Incentive ER | | $0.00 | $800.00 |
| Total | | $0.00 | $800.00 |

## Tax Deductions

| Description | Current Tax | YTD Tax | Current Taxable Wages | YTD Taxable Wages |
|---|---|---|---|---|
| FIT Withheld | $286.79 | $4,043.02 | $3,255.16 | $45,102.07 |
| Social Security Employee Withheld | $201.82 | $2,886.50 | $3,255.16 | $46,556.47 |
| SIT Withheld (DE) | $163.55 | $2,263.16 | $3,255.16 | $45,102.07 |
| Medicare Employee Withheld | $47.20 | $675.07 | $3,255.16 | $46,556.47 |
| City Withheld (PA,Montgomery,Plymouth Township) | $19.48 | $278.60 | $3,246.27 | $46,432.01 |
| School Withheld (PA) | $16.23 | $232.17 | $3,246.27 | $46,432.01 |
| Total | $735.07 | $10,378.52 | | |

### State Leave Balances

| State Leave Type | Accrued | Used | Available |
|---|---|---|---|
| Paid Sick and Safe Time | 104 | 20 | 84 |

## Summary

| | Cash Earnings | Pretax Deductions | Tax Deductions | After Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,636.43 | $390.16 | $735.07 | $0.00 | $2,511.20 |
| Year to Date | $51,894.25 | $6,916.64 | $10,378.52 | $0.00 | $34,287.57 |

## Net Pay Distribution

| Description | Type | Account Number | Bank | Net Amount |
|---|---|---|---|---|
| Direct Deposit | CHECKING | XXXXX4603 | TD BANK, NA | $2,511.20 |

* For questions, refer to "Understanding how I am paid", "Understanding your taxes" on MySource, or contact MyHR at 1-800-947-4748

**BNY MELLON**

Personal and Confidential

## General

| Person Number | 000276131 |
|---|---|
| Employee Name | Virginia Ferjani |
| Job Title | Associate, Shareholder Services Representative I |
| Employee Address | 1700 Butler Pike 27C Conshohocken, PA 19428 US |

| Company Name | BNYM INVESTMENT SERVICING (US) INC(04-2871943) |
|---|---|
| Company Address | 500 Grant Street Pittsburgh, PA 15258 US |

## Payroll Details

| Payroll Name | US Semimonthly | Period Date | 08/01/23-08/15/23 |
|---|---|---|---|
| Payment Date | 08/15/23 | Pay Rate | 65,920.00 USD Annually |

### Tax Withholding Information

| Type | Marital Status | Allowances | Add Amt |
|---|---|---|---|
| FEDERAL | Married | 1 | $10.00 |
| PA | | 0 | $0.00 |

## Earnings

| Description | Start Date | End Date | Hours x | Rate x Factor = | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|
| Regular Salary | | | 86.67 | 31.69  1.00 | $2,746.67 | $40,720.05 |
| Extra Time | | | | | $0.00 | $372.92 |
| Life Insurance Employee Non Cash | | | | | $8.89 | $133.35 |
| Overtime Pay | | | | | $0.00 | $2,525.92 |
| Overtime Pay Premium | | | | | $0.00 | $1,262.97 |
| Restricted Stock Units Fully Taxed | | | | | $0.00 | $519.20 |
| Extra Time Retro | 07-16-23 | 07-22-23 | 8.00 | 31.69  1.00 | $253.54 | $1,806.36 |
| Overtime Pay Premium Retro | 07-16-23 | 07-22-23 | 2.40 | 31.69  0.50 | $38.03 | $2,713.67 |
| Overtime Pay Retro | 07-16-23 | 07-22-23 | 2.40 | 31.69  1.00 | $76.06 | $5,427.36 |
| Overtime Pay Premium Retro | 07-23-23 | 07-29-23 | 7.15 | 31.69  0.50 | $113.30 | $2,713.67 |
| Overtime Pay Retro | 07-23-23 | 07-29-23 | 7.15 | 31.69  1.00 | $226.60 | $5,427.36 |
| Total | | | | | $3,463.09 | $55,481.80 |

Total Cash Earnings: $3,454.20

## Pre-Tax Deductions

| Description | Percentage | Current | YTD |
|---|---|---|---|
| Benefit Redirect | | $305.55 | $4,583.25 |
| Vacation Purchase | | $51.28 | $769.20 |
| HSA Employee contribution | | $33.33 | $499.95 |
| Deferral 401k | | $0.00 | $1,454.40 |
| Total | | $390.16 | $7,306.80 |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|

### Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|
| HSA Incentive ER | $0.00 | $800.00 |
| Total | $0.00 | $800.00 |

### State Leave Balances

| State Leave Type | Accrued | Used | Available |
|---|---|---|---|
| Paid Sick and Safe Time | 104 | 20 | 84 |

## Tax Deductions

| Description | Current Tax | YTD Tax | Current Taxable Wages | YTD Taxable Wages |
|---|---|---|---|---|
| FIT Withheld | $264.92 | $4,307.94 | $3,072.93 | $48,175.00 |
| Social Security Employee Withheld | $190.52 | $3,077.02 | $3,072.93 | $49,629.40 |
| SIT Withheld (DE) | $151.52 | $2,414.68 | $3,072.93 | $48,175.00 |
| Medicare Employee Withheld | $44.56 | $719.63 | $3,072.93 | $49,629.40 |
| City Withheld (PA,Montgomery,Plymouth Township) | $18.38 | $296.98 | $3,064.04 | $49,496.05 |
| School Withheld (PA) | $15.32 | $247.49 | $3,064.04 | $49,496.05 |
| Total | $685.22 | $11,063.74 | | |

## Summary

| | Cash Earnings | Pretax Deductions | Tax Deductions | After Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,454.20 | $390.16 | $685.22 | $0.00 | $2,378.82 |
| Year to Date | $55,348.45 | $7,306.80 | $11,063.74 | $0.00 | $36,666.39 |

## Net Pay Distribution

| Description | Type | Account Number | Bank | Net Amount |
|---|---|---|---|---|
| Direct Deposit | CHECKING | XXXXX4603 | TD BANK, NA | $2,378.82 |

\* For questions, refer to "Understanding how I am paid", "Understanding your taxes" on MySource, or contact MyHR at 1-800-947-4748

**BNY MELLON**

Personal and Confidential

## General

| | |
|---|---|
| Person Number | 000276131 |
| Employee Name | Virginia Ferjani |
| Job Title | Associate, Shareholder Services Representative I |
| Employee Address | 1700 Butler Pike 27C Conshohocken, PA 19428 US |

| | |
|---|---|
| Company Name | BNYM INVESTMENT SERVICING (US) INC(04-2871943) |
| Company Address | 500 Grant Street Pittsburgh, PA 15258 US |

## Payroll Details

| | | | |
|---|---|---|---|
| Payroll Name | US Semimonthly | Period Date | 08/16/23-08/31/23 |
| Payment Date | 08/31/23 | Pay Rate | 65,920.00 USD Annually |

### Tax Withholding Information

| Type | Marital Status | Allowances | Add Amt |
|---|---|---|---|
| FEDERAL | Married | 1 | $10.00 |
| PA | | 0 | $0.00 |

## Earnings

| Description | Start Date | End Date | Hours x | Rate x Factor = | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|
| Regular Salary | | | 86.67 | 31.69  1.00 | $2,746.67 | $43,466.72 |
| Extra Time | | | | | $0.00 | $372.92 |
| Extra Time Retro | | | | | $0.00 | $1,806.36 |
| Life Insurance Employee Non Cash | | | | | $8.89 | $142.24 |
| Overtime Pay | | | | | $0.00 | $2,525.92 |
| Overtime Pay Premium | | | | | $0.00 | $1,262.97 |
| Overtime Pay Premium Retro | | | | | $0.00 | $2,713.67 |
| Overtime Pay Retro | | | | | $0.00 | $5,427.36 |
| Restricted Stock Units Fully Taxed | | | | | $0.00 | $519.20 |
| Total | | | | | $2,755.56 | $58,237.36 |

Total Cash Earnings: $2,746.67

## Pre-Tax Deductions

| Description | Percentage | Current | YTD |
|---|---|---|---|
| Benefit Redirect | | $305.55 | $4,888.80 |
| Vacation Purchase | | $51.28 | $820.48 |
| HSA Employee contribution | | $33.33 | $533.28 |
| Deferral 401k | | $0.00 | $1,454.40 |
| Total | | $390.16 | $7,696.96 |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|

### Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|
| HSA Incentive ER | $0.00 | $800.00 |
| Total | $0.00 | $800.00 |

## Tax Deductions

| Description | Current Tax | YTD Tax | Current Taxable Wages | YTD Taxable Wages |
|---|---|---|---|---|
| FIT Withheld | $180.01 | $4,487.95 | $2,365.40 | $50,540.40 |
| Social Security Employee Withheld | $146.66 | $3,223.68 | $2,365.40 | $51,994.80 |
| SIT Withheld (DE) | $107.66 | $2,522.34 | $2,365.40 | $50,540.40 |
| Medicare Employee Withheld | $34.29 | $753.92 | $2,365.40 | $51,994.80 |
| City Withheld (PA,Montgomery,Plymouth Township) | $14.14 | $311.12 | $2,356.51 | $51,852.56 |
| School Withheld (PA) | $11.78 | $259.27 | $2,356.51 | $51,852.56 |
| Total | $494.54 | $11,558.28 | | |

### State Leave Balances

| State Leave Type | Accrued | Used | Available |
|---|---|---|---|
| Paid Sick and Safe Time | 104 | 20 | 84 |

## Summary

| | Cash Earnings | Pretax Deductions | Tax Deductions | After Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,746.67 | $390.16 | $494.54 | $0.00 | $1,861.97 |
| Year to Date | $58,095.12 | $7,696.96 | $11,558.28 | $0.00 | $38,528.36 |

## Net Pay Distribution

| Description | Type | Account Number | Bank | Net Amount |
|---|---|---|---|---|
| Direct Deposit | CHECKING | XXXXX4608 | TD BANK, NA | $1,861.97 |

* For questions, refer to "Understanding how I am paid", "Understanding your taxes" on MySource, or contact MyHR at 1-800-947-4748

**BNY MELLON**

Personal and Confidential

## General

| | |
|---|---|
| Person Number | 000276131 |
| Employee Name | Virginia Ferjani |
| Job Title | Associate, Shareholder Services Representative I |
| Employee Address | 1700 Butler Pike 27C Conshohocken, PA 19428 US |

| | |
|---|---|
| Company Name | BNYM INVESTMENT SERVICING (US) INC(04-2871943) |
| Company Address | 500 Grant Street Pittsburgh, PA 15258 US |

## Payroll Details

| | | | |
|---|---|---|---|
| Payroll Name | US Semimonthly | Period Date | 09/01/23-09/15/23 |
| Payment Date | 09/15/23 | Pay Rate | 65,920.00 USD Annually |

### Tax Withholding Information

| Type | Marital Status | Allowances | Add Amt |
|---|---|---|---|
| FEDERAL | Married | 1 | $10.00 |
| PA | | 0 | $0.00 |

## Earnings

| Description | Start Date | End Date | Hours x | Rate x Factor = | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|
| Regular Salary | | | 86.67 | 31.69  1.00 | $2,746.67 | $46,213.39 |
| Extra Time | | | | | $0.00 | $372.92 |
| Life Insurance Employee Non Cash | | | | | $8.89 | $151.13 |
| Overtime Pay Premium Retro | | | | | $0.00 | $2,713.67 |
| Overtime Pay Retro | | | | | $0.00 | $5,427.36 |
| Restricted Stock Units Fully Taxed | | | | | $0.00 | $519.20 |
| Extra Time Retro | 03-20-23 | 08-26-23 | 4.00 | 31.69  1.00 | $126.77 | $1,933.13 |
| Overtime Pay | 03-27-23 | 09-02-23 | 6.75 | 31.69  1.00 | $213.92 | $2,739.84 |
| Overtime Pay Premium | 03-27-23 | 09-02-23 | 6.75 | 31.69  0.50 | $106.96 | $1,369.93 |
| Total | | | | | $3,203.21 | $61,440.57 |

Total Cash Earnings: $3,194.32

## Pre-Tax Deductions

| Description | Percentage | Current | YTD |
|---|---|---|---|
| Benefit Redirect | | $305.55 | $5,194.35 |
| Vacation Purchase | | $51.28 | $871.76 |
| HSA Employee contribution | | $33.33 | $566.61 |
| Deferral 401k | | $0.00 | $1,454.40 |
| Total | | $390.16 | $8,087.12 |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|

## Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|
| HSA Incentive ER | $0.00 | $800.00 |
| Total | $0.00 | $800.00 |

## State Leave Balances

| State Leave Type | Accrued | Used | Available |
|---|---|---|---|
| Paid Sick and Safe Time | 104 | 28 | 76 |

## Tax Deductions

| Description | Current Tax | YTD Tax | Current Taxable Wages | YTD Taxable Wages |
|---|---|---|---|---|
| FIT Withheld | $233.73 | $4,721.68 | $2,813.05 | $53,353.45 |
| Social Security Employee Withheld | $174.41 | $3,398.09 | $2,813.05 | $54,807.85 |
| SIT Withheld (DE) | $134.37 | $2,656.71 | $2,813.05 | $53,353.45 |
| Medicare Employee Withheld | $40.79 | $794.71 | $2,813.05 | $54,807.85 |
| City Withheld (PA,Montgomery,Plymouth Township) | $16.82 | $327.94 | $2,804.16 | $54,656.72 |
| School Withheld (PA) | $14.02 | $273.29 | $2,804.16 | $54,656.72 |
| Total | $614.14 | $12,172.42 | | |

## Summary

| | Cash Earnings | Pretax Deductions | Tax Deductions | After Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,194.32 | $390.16 | $614.14 | $0.00 | $2,190.02 |
| Year to Date | $61,289.44 | $8,087.12 | $12,172.42 | $0.00 | $40,718.38 |

## Net Pay Distribution

| Description | Type | Account Number | Bank | Net Amount |
|---|---|---|---|---|
| Direct Deposit | CHECKING | XXXXX4603 | TD BANK, NA | $2,190.02 |

\* For questions, refer to "Understanding how I am paid", "Understanding your taxes" on MySource, or contact MyHR at 1-800-947-4748

**BNY MELLON**

Personal and Confidential

## General

| | | Payroll Details | |
|---|---|---|---|
| Person Number | 000276131 | Payroll Name | US Semimonthly |
| Employee Name | Virginia Ferrini | Payment Date | 09/29/23 |
| Job Title | Associate, Shareholder Services Representative I | Period Date | 09/16/23-09/30/23 |
| | | Pay Rate | 65,920.00 USD Annually |
| Company Name | BNYM INVESTMENT SERVICING (US) INC(04-2871943) | | |
| Company Address | 500 Grant Street, Pittsburgh, PA 15258 US | | |
| Employee Address | 1700 Butler Pike 27C Conshohocken, PA 19428 US | | |

### Tax Withholding Information

| Type | Marital Status | Allowances | Add Amt |
|---|---|---|---|
| FEDERAL | Married | 1 | $10.00 |
| PA | | 0 | $0.00 |

### Earnings

| Description | Start Date | End Date | Hours x | Rate x Factor = | Current Earnings | YTD Earnings |
|---|---|---|---|---|---|---|
| Regular Salary | | | 86.67 | 31.69  1.00 | $2,746.67 | $48,960.06 |
| Extra Time | | | | | $0.00 | $372.92 |
| Life Insurance Employee Non Cash | | | | | $8.89 | $160.02 |
| Overtime Pay | | | | | $0.00 | $2,739.84 |
| Overtime Pay Premium | | | | | $0.00 | $1,369.93 |
| Overtime Pay Premium Retro | | | | | $0.00 | $2,713.67 |
| Overtime Pay Retro | | | | | $0.00 | $5,427.36 |
| Restricted Stock Units Fully Taxed | | | | | $0.00 | $519.20 |
| Extra Time Retro | 09-03-23 | 09-09-23 | 8.00 | 31.69  1.00 | $253.54 | $2,281.75 |
| Extra Time Retro | 09-10-23 | 09-16-23 | 3.00 | 31.69  1.00 | $95.08 | $2,281.75 |
| **Total** | | | | | **$3,104.18** | **$64,544.75** |

Total Cash Earnings: $3,095.29

### Pre-Tax Deductions

| Description | Percentage | Current | YTD |
|---|---|---|---|
| Benefit Redirect | | $305.55 | $5,499.90 |
| Vacation Purchase | | $51.28 | $923.04 |
| HSA Employee contribution | | $33.33 | $599.94 |
| Deferral 401k | | $0.00 | $1,454.40 |
| **Total** | | **$390.16** | **$8,477.28** |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|

### Employer Paid Benefits

| Description | Current | YTD |
|---|---|---|
| HSA Incentive ER | $0.00 | $800.00 |
| **Total** | **$0.00** | **$800.00** |

### Tax Deductions

| Description | Current Tax | YTD Tax | Current Taxable Wages | YTD Taxable Wages |
|---|---|---|---|---|
| FIT Withheld | $221.85 | $4,943.53 | $2,714.02 | $56,067.47 |
| Social Security Employee Withheld | $168.27 | $3,566.36 | $2,714.02 | $57,521.87 |
| SIT Withheld (DE) | $127.83 | $2,784.54 | $2,714.02 | $56,067.47 |
| Medicare Employee Withheld | $39.36 | $834.07 | $2,714.02 | $57,521.87 |
| City Withheld (PA,Montgomery,Plymouth Township) | $16.23 | $344.17 | $2,705.13 | $57,361.85 |
| School Withheld (PA) | $13.53 | $286.82 | $2,705.13 | $57,361.85 |
| **Total** | **$587.07** | **$12,759.49** | | |

### State Leave Balances

| State Leave Type | Accrued | Used | Available |
|---|---|---|---|
| Paid Sick and Safe Time | 104 | 44 | 60 |

### Summary

| | Cash Earnings | Pretax Deductions | Tax Deductions | After Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,095.29 | $390.16 | $587.07 | $0.00 | $2,118.06 |
| Year to Date | $64,384.73 | $8,477.28 | $12,759.49 | $0.00 | $42,836.44 |

### Net Pay Distribution

| Description | Type | Account Number | Bank | Net Amount |
|---|---|---|---|---|
| Direct Deposit | CHECKING | XXXXX4608 | TD BANK, NA | $2,118.06 |

\* For questions regarding payroll, please review available resources on MySource or call 1-800-947-4748.