

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

23-11430

DEBTOR(S):

MONGI FERJANI

VIRGINIA FERJANI

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 8 IN THE AMOUNT OF $235.75

CREDITOR'S SIGNATURE:

/s/ Brandie McCann

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

11/16/2023