**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>　　Mongi Ferjani,<br>　　Virginia Ferjani,<br><br>　　　　　　Debtors. | Case No. 23-11430-pmm<br><br>Chapter 13 |

## Certificate of Service

　　I certify that on this date I served a true and correct copy of the Debtor's First Amended Chapter 13 Plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

Chief Executive Officer
Plymouth Park Apartments
1700 Butler Pike
Conshohocken, PA 19428-1273

Santander Consumer USA, Inc
Attn: Bankruptcy
PO Box 961245
Fort Worth, TX 76161-1245

Date: January 10, 2024

_____
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com