# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Mongi Ferjani,
    Virginia Ferjani,

        Debtors.

Case No. 23-11430-pmm

Chapter 13

## Pre-Confirmation Certification of Compliance with Post-Petition Obligations in Accordance With 11 U.S.C. § 1325(a)(8) and 1325(a)(9)

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above-named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above-named debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, counsel will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

4. The debtor(s) was/were duly questioned about the statements in this certification and supplied answers consistent with this certification.

Date: January 10, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com