United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 23-11430-pmm
Mongi Ferjani                                                                   Chapter 13
Virginia Ferjani
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Feb 27, 2024      Form ID: 155      Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Mongi Ferjani, Virginia Ferjani, 1700 Butler Pike Apt 27C, Conshohocken, PA 19428-1274 |
| 14784339 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14784344 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14817928 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2024 00:49:16 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14784326 | | Email/Text: BKPT@cfna.com | Feb 28 2024 00:46:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 14784325 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2024 01:00:43 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14784328 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 01:01:42 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14817503 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 01:00:27 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14784329 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:46:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 14784330 | + | Email/Text: dylan.succa@commercialacceptance.net | Feb 28 2024 00:46:00 | Commercial Acceptance Company, Attn: Bankruptcy, 2300 Gettysburg Road Suite 102, Camp Hill, PA 17011-7303 |
| 14784335 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2024 00:49:41 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14814368 | | Email/Text: mrdiscen@discover.com | Feb 28 2024 00:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14784331 | + | Email/Text: mrdiscen@discover.com | Feb 28 2024 00:46:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14784332 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 28 2024 00:47:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14784333 | ^ | MEBN | Feb 28 2024 00:37:24 | Hayt Hayt & Landau LLC, PO Box 500, Eatontown, NJ 07724-0500 |
| 14784334 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 28 2024 00:46:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14784327 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |

| Recipient # | Method | Date/Time | Name/Address |
|---|---|---|---|
| | | Feb 28 2024 01:02:26 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 14817929 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2024 00:49:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14784336 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 28 2024 00:47:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 14784337 | Email/Text: fesbank@attorneygeneral.gov | Feb 28 2024 00:46:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14784338 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 28 2024 00:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14784340 | Email/Text: DeftBkr@santander.us | Feb 28 2024 00:46:00 | Santander Bank, 75 State St, Boston, MA 02109-1827 |
| 14784341 | + Email/Text: enotifications@santanderconsumerusa.com | Feb 28 2024 00:47:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 14784342 | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 01:01:07 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 14784343 | Email/Text: bankruptcy@td.com | Feb 28 2024 00:47:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street PO Box 1377, Lewiston, ME 04243 |
| 14784345 | ^ MEBN | Feb 28 2024 00:37:13 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14784346 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 28 2024 01:15:14 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd FL, Des Moines, IA 50328-0001 |
| 14823603 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 28 2024 01:15:21 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 29, 2024         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2024 at the address(es) listed below:

**Name**          **Email Address**
BONNIE B. FINKEL

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 27, 2024 | Form ID: 155 | Total Noticed: 28 |

| | |
|---|---|
| | on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net NJ69@ecfcbis.com;Finkeltrustee@comcast.net |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | |
| | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | |
| | on behalf of Joint Debtor Virginia Ferjani help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | |
| | on behalf of Debtor Mongi Ferjani help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Mongi Ferjani ) | Case No. 23−11430−pmm |
| ) | |
| ) | |
|   Virginia Ferjani ) | Chapter: 13 |
| ) | |
|   Debtor(s). ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: February 27, 2024                                                      For The Court

                                                                                           Patricia M. Mayer
                                                                                           Judge, United States Bankruptcy Court