United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 23-11430-pmm
Mongi Ferjani Chapter 13
Virginia Ferjani
Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Sep 17, 2026 Form ID: 138OBJ Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Mongi Ferjani, Virginia Ferjani, 1700 Butler Pike Apt 27C, Conshohocken, PA 19428-1274 |
| 14784337 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 18 2026 00:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14817928 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 18 2026 00:53:14 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14784326 | | Email/Text: BKPT@cfna.com | Sep 18 2026 00:44:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 14784325 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 18 2026 00:53:19 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14784327 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 18 2026 00:53:26 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850-5298 |
| 14784328 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 18 2026 00:53:21 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14817503 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 18 2026 00:53:27 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14784329 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 18 2026 00:45:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 14784330 | + | Email/Text: dylan.succa@commercialacceptance.net | Sep 18 2026 00:45:00 | Commercial Acceptance Company, Attn: Bankruptcy, 2300 Gettysburg Road Suite 102, Camp Hill, PA 17011-7303 |
| 14784335 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 18 2026 00:53:21 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14814368 | | Email/Text: mrdiscen@discover.com | Sep 18 2026 00:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14784331 | + | Email/Text: mrdiscen@discover.com | Sep 18 2026 00:44:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14784332 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 18 2026 00:53:20 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14784333 | ^ | MEBN | Sep 18 2026 00:40:57 | Hayt Hayt & Landau LLC, PO Box 500, Eatontown, NJ 07724-0500 |

| | | | | |
|---|---|---|---|---|
| 14784334 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 18 2026 00:45:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14817929 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 18 2026 00:53:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14784336 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 18 2026 00:45:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 14784338 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 18 2026 00:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14784339 | ^ | MEBN | Sep 18 2026 00:41:01 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14784340 | | Email/Text: DeftBkr@santander.us | Sep 18 2026 00:45:00 | Santander Bank, 75 State St, Boston, MA 02109-1827 |
| 14784341 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 18 2026 00:45:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 14784342 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 18 2026 00:53:14 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 14784343 | | Email/Text: bankruptcy@td.com | Sep 18 2026 00:45:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street PO Box 1377, Lewiston, ME 04243 |
| 14784344 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 18 2026 00:45:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14784345 | ^ | MEBN | Sep 18 2026 00:40:49 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14784346 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Sep 18 2026 00:53:20 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd FL, Des Moines, IA 50328-0001 |
| 14823603 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Sep 18 2026 00:53:14 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BONNIE B. FINKEL | on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net NJ69@ecfcbis.com;Finkeltrustee@comcast.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Mongi Ferjani help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Virginia Ferjani help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 138OBJ* (6/24)−doc 53 − 52

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Mongi Ferjani | ) | Case No. 23−11430−pmm |
| | ) | |
| | ) | |
| Virginia Ferjani | ) | Chapter: 13 |
| | ) | |
| Debtor(s). | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed on or before **October 19, 2026** with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 17, 2026

For The Court

Mohung Wong
Clerk of Court